**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| **In re** | **Chapter 7** |
| **ANITA M. O'BRIEN** | **Case No. 10-51825 (JAM)** |
| **fdba FLEMING DESIGN, INC.** | |
| **fdba AOB STUDIOS** | |
| **fdba CONSEPT GOLF CONSULTANTS, LLC,** | |
| **Debtor.** | |

_____

### *AMENDED* MOTION TO REOPEN CHAPTER 7 CASE AND DEFER FEE

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee"),

moves, through the undersigned counsel, pursuant to 11 U.S.C. § 350(b), Fed. R. Bankr. P. 5010

and LBR 5010-1, to reopen the above captioned bankruptcy case.   In support of this Motion, the

United States Trustee represents:

1. On August 1, 2010, Anita O'Brien filed a voluntary Chapter 7 petition with this Court.   ECF 1.

2. On August 1, 2010, Roberta Napolitano was appointed the Chapter 7 Trustee.

3. On September 11, 2010, the Trustee's Report of No Distribution was filed with Court.   *See* Docket Entry 09/11/2010.

4. On December 1, 2010, the case was closed by the Court. *See* Docket Entry 12/01/2010.

5. On November 18, 2017, the Office of the United States Trustee received information regarding a possible asset of Anita M. OBrien ("Debtor") which may need to be administered.   As such, the Debtor's case needs to be reopened to investigate and take any appropriate action to properly administer the estate.

WHEREFORE, the United States Trustee respectfully moves this Court to reopen this case, defer the Bankruptcy Court fee incurred in reopening the case until the closing of this case and that the United States Trustee appoint a trustee to administer the possible asset.

Dated: December 4, 2017          Respectfully submitted,
      New Haven, CT

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE FOR REGION 2

                  By:    /s/ Kim L. McCabe
                           Kim L. McCabe ct 23661
                           Assistant U.S. Trustee
                           Office of the United States Trustee
                           150 Court Street, Room 302
                           New Haven, Connecticut 06510
                           Telephone: 203.773.2210
                           Facsimile: 203.773.2217

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| **In re** | **Chapter 7** |
| **ANITA M. O'BRIEN** | **Case No. 10-51825 (JAM)** |
| **fdba FLEMING DESIGN, INC.** | |
| **fdba AOB STUDIOS** | |
| **fdba CONSEPT GOLF CONSULTANTS, LLC,** | |
| **Debtor.** | |

_____

*AMENDED PROPOSED ORDER*
<u>**GRANTING MOTION TO REOPEN CHAPTER 7 CASE AND DEFER FEE**</u>

The motion of the United States Trustee, dated November 20, 2017, to reopen the

bankruptcy estate of Anita M. O'Brien to administer assets and take other appropriate action

having come before the Court after due notice and a hearing and it appearing that the same ought to

be granted; it is hereby

ORDERED that the bankruptcy estate of Anita M. O'Brien, Case Number 10-51825

(JAM), be reopened;

ORDERED that the United States Trustee appoint a Trustee to serve in this case; and

ORDERED that the filing fee to reopen is deferred until the closing of this estate.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| **In re** | **Chapter 7** |
| **ANITA M. O'BRIEN** | **Case No. 10-51825 (JAM)** |
| **fdba FLEMING DESIGN, INC.** | |
| **fdba AOB STUDIOS** | |
| **fdba CONSEPT GOLF CONSULTANTS, LLC,** | |
| **Debtor.** | |

_____

### *AMENDED* NOTICE OF CONTESTED MATTER RESPONSE DATE

William K. Harrington, the United States Trustee for Region 2, has filed a Motion For An Order to Reopen Chapter 7 Case and Defer Fee (the "Contested Matter") with the United States Bankruptcy Court.   NOTICE IS HEREBY GIVEN THAT ANY RESPONSE TO THE CONTESTED MATTER MUST BE FILED WITH THE COURT (within 14 days of the filing of the contested matter) NO LATER THAN **DECEMBER 18, 2017\*** IN ACCORDANCE WITH FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002(a).   In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see* 11 U.S.C. § 102(1).


Dated:   December 4, 2017               Respectfully submitted,
          New Haven, Connecticut           WILLIAM K. HARRINGTON
                                          UNITED STATES TRUSTEE FOR REGION 2

                               By:     /s/ Kim L. McCabe
                                       Kim L. McCabe ct 23661
                                       Assistant U.S. Trustee
                                       Office of the United States Trustee
                                       Giaimo Federal Building
                                       150 Court Street, Room 302
                                       New Haven, CT 06510
                                       (203) 773-2210


\*   Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| **In re** | **Chapter 7** |
| **ANITA M. O'BRIEN** | **Case No. 10-51825 (JAM)** |
| **fdba FLEMING DESIGN, INC.** | |
| **fdba AOB STUDIOS** | |
| **fdba CONSEPT GOLF CONSULTANTS, LLC,** | |
| **Debtor.** | |

_____

*AMENDED* CERTIFICATE OF SERVICE

        In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 7th of November, 2017, the following documents were served on all appearing parties via the court's electronic filing system and by first class mail on the parties listed in section 2 below.

1. **Documents Served**

    a. United States Trustee's Motion For An Order to Reopen Chapter 7 Case and Defer Fee
    b. Proposed order on same
    c. Notice of Contested Matter Response Date

2. **Parties Served Via First Class Mail**

    a. Parties listed below:

| | |
|---|---|
| Anita M. O'Brien | Alfred J. Cali, Esq. |
| 72 Hamilton Avenue | Cali & Pol, Attorneys at Law |
| Greenwich, CT 06830 | 1187 Broad Street |
| (Debtor) | Second Floor |
| | Bridgeport, CT 06604 |
| | |
| Roberta Napolitano, Esq. | Alfred J. Cali, Esq. |
| 10 Columbus Boulevard | c/o Jose Antonio Pol |
| 6th Floor | 1057 Broad Street |
| Hartford, CT 06106 | Third Floor |
| | Bridgeport, CT 06604 |

Allgate Financial, LLC
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
707 Skokie Boulevard, Suite 375
Northbrook, IL 60062-2882

Amex
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 981537
El Paso, TX 79998-1537

Associated Recovery Systems, I
Department # 5996
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 1259
Oaks, PA 19456-1259

Bank of America
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 15026
Wilmington, DE 19850-5026

Barclays Bank
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 8803
Wilmington, DE 19899-8803

CBHV
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 3495
Toledo, OH 43607-0495

CMI Credit Mediators, Inc.
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 456
Upper Darby, PA 19082-0456

Amex
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 297871
Fort Lauderdale, FL 33329-7871

Associated Recovery Systems, I
A Division of ARS National Service
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 469046
Escondido, CA 92046-9046

Bank of America
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 982238
El Paso, TX 79998-2238

Bank of America
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 17054
Wilmington, DE 19850-7054

Broadbent Electrical Refrigeration
Conditioning, Inc.
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
54 Halsey Drive
Old Greenwich, CT 06870-1225

Citi
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 6241
Sioux Falls, SD 57117-6241

Capital One
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
900 Stewart Avenue, FL 3
Garden City, NY 11530-4891

Chubb Group Insurance
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 7247-0180
Philadelphia, PA 19170-0180

Commercial Receivers
Attn: President/CEO/Managing
Member/Owner/Bankruptcy Manager
P.O. Box 3180
Glen Allen, VA 23508-3180

Encore Receivable Management
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
400 N. Rogers Road
P.O. Box 3330
Olathe, KS 66063-3330

Exxon Mobil/Citi
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
Citibank Credit Dispute Unit
Sioux Falls, SD 57117-6497

Federal Express
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
15 East Putnam Avenue
Greenwich, CT 06830-5424

G.E. Money Bank/Brooks Brothers
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 981400
El Paso, TX 79998-1400

Chase
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 15298
Wilmington, DE 19850-5298

Citgo/Citi
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 6497
Sioux Falls, SD 57117-6497

EZ-Pass
New York Service Center
Attn: President/CEO/Managing
Member/Owner/Bankruptcy Manager
P.O. Box 15185
Albany, NY 12212-5185

Enhanced Recovery Group
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
8014 Bayberry Road
Jacksonville, FL 32256-7412

F.A.I. Eng. Group, P.C.
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
46 Clinton Avenue
Norwalk, CT 06854-1212

Francis J. DiScala
11 North Main Street
Norwalk, CT 06854-2732

Granite Studios, LLC
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
91 Compo Road South
Westport, CT 06880-4319

Green Carting
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 17250
Stamford, CT 06907-7250

Greenwich Hospital
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
5 Perryridge Road
Greenwich, CT 06830-4697

HSBC
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 5243
Carol Stream, IL 60197-5243

HSBC Bank Nevada
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 15518
Wilmington, DE 19850-5518

HSBC Bank Nevada National Assoc.
Saks Fifth Avenue
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
12 E. 49th Street
New York, NY 10017-1028

HSBC Card Services/Orchard Bank
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 5253
Carol Stream, IL 60197-5253

Hastings, Cohan, Walsh & Lova
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
440 Main Street
Ridgefield, CT 06877-4525

Howard Lee Schiff, P.C.
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
510 Tolland Street
East Harford, CT 06108-2523

I.C. Systems, Inc.
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 64378
Saint Paul, MN 55164-0378

I.C. Systems, Inc.
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
444 Highway 96 East
St. Paul, MN 55127-2557

Internal Revenue Service
Attn: Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase
Small Business Financial Service
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 4607
New York, NY 10163-4607

Kantrovitz & Brownstein, P.C.
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
One Bradley Road, Suite 305
New Haven, CT 06525-2276

Lord & Taylor
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 1628
Maryland Heights, MO 63043-0628

Lou Levy Construction
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
275 Seminary Hill Road
Carmel, NY 10512-2434

Marth C. Braxton, Esq.
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
270 Greenwich, Avenue
Greenwich, CT 06830-6530

Midland Credit Management
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
8875 Areo Drive
San Diego, CA 92123-2255

NARS
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 701
Chesterfield, MO 63006-0701

NARS Call Center Solution
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 701
Chesterfield, MO 63006-0701

NBGL Sk 5A
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 10327
Jackson, MS 39289-0327

National Action Financial Service
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
165 Lawrence Bell Drive, Ste.
Williamsville, NY 14221-7900

Nationwide Credit, Inc.
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
2015 Vaugh Road NW, Suite 400
Kennesaw, GA 30144-7802

NCO Financial Systems
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
507 Prudential Road
Horsham, PA 19044-2308

NCO Financial Systems
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 15110
Wilmington, DE 19850-5110

New England Oil Company
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
469 West Putnam Avenue
Greenwich, CT 06830-6895

Northstar Location Services
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
4285 Genesee Street
Cheektowaga, NY 14225-1943

Par Bis NL Collection
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
7870 Camargo Road
Cincinnati, OH 45243-2652

Peters & Dean Collection
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 148
Garden City, NY 11530-0148

Portfolio Management Center
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
AZ1-1004
201 Central Avenue, 17th Floor
Phoenix, AZ 85004-1000

Precision Mirror & Glass, Inc.
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
89 Route 35 North
Eatontown, NJ 07724-1822

RMS
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
77 Hartland Street, Suite 401
East Hartford, CT 06108-3253

Solomon & Solomon
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 15019
Albany, NY 12212-5019

Sunoco/Citi
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 6497
Sioux Falls, SD 57117-6497

Sunrise Credit Services, Inc.
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
P.O. Box 9100
Farmington, NY 11735-9100

Talbots
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
175 Beal Street
Hingham, MA 02043-1512

Tarzia Plumbing & Heating
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
1455 Newfiled Avenue
Stamford, CT 06905-1502

The Archer Engineering Company
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
40 Laurel Hill Road
Brookfield, CT 06804-1744

The Cadle Company
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
100 North Center Street
Newtown Falls, OH 44444-1380

Timothy Gribbin
63 Heacork Cross Brook Road
New Milford, CT 06776-3027

Town of Greenwich
Attn: Tax Collector
P.O. Box 3002
Greenwich, CT 06836-3002

US Airways
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
Dividend Miles
P.O. Box 13337
Philadelphia, PA 19101-3337

United Collections Bureau, Inc.
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
5620 Southwyck Boulevard, Suite 206
Toledo, OH 43614-1501

WEB Bank/Dell Financial Services
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
12234 N. IH 35 SB Building B
Austin, TX 78753-1725

RMS
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
4836 Breckville Road
P.O. Box 523
Richfield, OH 44286-0523

JP Morgan Chase Bank, NA
Attn: President/CEO/Managing Member/
Owner/Bankruptcy Manager
234 Church Street
New Haven, CT 06510-1804

JP Morgan Chase Bank
c/o Evans, Feldman & Ainsworth, LLC
P.O. Box 1694
New Haven, CT 06507-1694

Dated:   December 4, 2017
     New Haven, Connecticut

Respectfully submitted,
WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By:   /s/ Kim L. McCabe
       Kim L. McCabe ct 23661
       Assistant U.S. Trustee
       Office of the United States Trustee
       Giaimo Federal Building
       150 Court Street, Room 302
       New Haven, CT 06510
       (203) 773-2210